AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

```
FILED            RECEIVED
ENTERED          SERVED ON
        COUNSEL/PARTIES OF RECORD

     AUG 1 1 2017

CLERK US DISTRICT COURT
  DISTRICT OF NEVADA
BY:                      DEPUTY
```

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  2:17-mj-839-CWH |
| | ) | |
| JAMIE JOE DULUS | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | U.S. DISTRICT COURT<br>333 LAS VEGAS BLVD. SOUTH<br>LAS VEGAS, NV 89101 | Courtroom No.: | 3C |
|---|---|---|---|
| | | Date and Time: | Wednesday, August 16, 2017, 1:30 PM |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:  August 11, 2017

_____
*Judge's signature*

C. W. HOFFMAN, JR., U.S. MAGISTRATE JUDGE
_____
*Printed name and title*