1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**

7 **DISTRICT OF NEVADA**

8 UNITED STATES OF AMERICA,⠀⠀⠀⠀) ⠀2:17-CR-409-JAD-(VCF)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
9 ⠀⠀⠀⠀⠀⠀Plaintiff,⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
10 ⠀⠀v.⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀) ⠀Amended Preliminary Order of Forfeiture
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
11 JAMIE JOE DULUS,⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
12 ⠀⠀⠀⠀⠀⠀Defendant.⠀⠀⠀⠀)

13 ⠀⠀⠀⠀This Court finds that defendant Jamie Joe Dulus pled guilty to Counts One and Two of a

14 Two-Count Criminal Information charging him in Count One with Assault with a Dangerous

15 Weapon in violation of Title 18, United States Code, Section 113(a)(3) and in Count Two with

16 Use of a Firearm During and in Relation to a Crime of Violence in violation of Title 18, United

17 States Code, Section 924(c)(1)(A). Criminal Information, ECF No. 24; Plea Agreement, ECF

18 No. 26; Change of Plea, ECF No. 27.

19 ⠀⠀⠀⠀This Court finds defendant Jamie Joe Dulus agreed to the forfeiture of the property set

20 forth in the Stipulation to Modify the Plea Agreement as to Jamie Joe Dulus and Order (ECF

21 Nos. 30 and 31).

22 ⠀⠀⠀⠀This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of

23 America has shown the requisite nexus between property set forth in the Stipulation to Modify

24 the Plea Agreement as to Jamie Joe Dulus and the offenses to which defendant Jamie Joe Dulus

25 pled guilty. Criminal Information, ECF No. 24; Plea Agreement, ECF No. 26; Change of Plea,

26 ECF No. 27; Stipulation to Modify the Plea Agreement and Order, ECF Nos. 30 and 31.

The following property is (1) any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 924(c)(1)(A), or any other criminal law of the United States, Title 18, United States Code, Section 113(a)(3) and (2) any firearm or ammunition intended to be used in any crime of violence, Title 18, United States Code, Sections 113(a)(3) and 924(c)(1)(A), and is subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(A) with Title 28, United States Code, Section 2461(c): Raven handgun .25 caliber, serial number 545568 (property).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of Jamie Joe Dulus in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be

signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

Michael A. Humphreys
Assistant United States Attorney
Daniel D. Hollingsworth
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 18th day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE

3