DAYLE ELIESON
United States Attorney
ELHAM ROOHANI
Assistant United States Attorney
Nevada Bar Number 12080
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
elham.roohani@usdoj.gov

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:17-cr-409-JAD-VCF |
| Plaintiff, | Stipulation to Vacate Restitution Hearing Currently Set for June 26, 2018 |
| vs. | |
| JAMIE JOE DULUS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between DAYLE ELIESON, United States Attorney, and ELHAM ROOHANI, Assistant United States Attorney, counsel for the United States of America, and JACK E. BUCHANAN, counsel for Defendant JAMIE JOE DULUS, that the final restitution hearing currently set for June 26, 2018 at 9:00 a.m. be vacated.

This stipulation is entered into for the following reasons:

1. The Government will not be producing documentation to support restitution.

2. This stipulation does not limit the civil and administrative rights of the victims, C.V. and D.U., in any way.

3. The parties agree that the Court should vacate the restitution hearing, and

1

finalize the judgment of conviction.

DATED this 14th day of June, 2018.

Respectfully submitted,
DAYLE ELIESON
United States Attorney

//s//  
JACK E. BUCHANAN, ESQ.  
Counsel for Defendant  
JAMIE JOE DULUS

//s//  
ELHAM ROOHANI  
Assistant United States Attorney

**ORDER**

Upon good cause appearing, the final restitution hearing is vacated.

DATED: 6/15/2018

_____  
THE HONORABLE JENNIFER DORSEY  
UNITED STATES DISTRICT JUDGE