UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMIE JOE DULUS,<br><br>Defendant. | Case No. 2:17-cr-00409-JAD-VCF |

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for September 29, 2025, at 10:30 AM, be vacated and continued to October 16, 2025, at the hour of 11:30 a.m.

DATED this 25th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE

3