UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>JAMIE JOE DULUS,<br><br>        Defendant. | Case No. 2:17-cr-00409-JAD-VCF |

**ORDER**

    Based on the Stipulation of counsel, and good cause appearing, **IT IS THEREFORE ORDERED** that the Preliminary Hearing currently set for September 26, 2025, at 1:00 p.m., be vacated and continued to October 9, 2025 at the hour of 4:00 p.m. in Courtroom 3D.

    DATED this 25th day of September, 2025.

                                                    _____
                                                  UNITED STATES MAGISTRATE JUDGE