**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00409-JAD-VCF |
| Plaintiff, | |
| v. | |
| JAMIE JOE DULUS, | |
| Defendant. | |

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for October 16, 2025, at 11:30 AM, be vacated and continued to November 14, 2025 at the hour of 11:00 a.m.

DATED this 6th day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE